**Order entered October 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00808-CV

## IN RE SUNCOAST POST-TENSION, LTD., Relator

**Original Proceeding from the County Court of Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02901-D**

## ORDER

Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We also deny relator's motion for emergency relief as moot.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE